# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 2/9/2022
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 4:22-MJ-1036 |
| ANTHONY MARMOLEJO | ) |
| | ) |
| *Defendant* | ) |

## ORDER SCHEDULING AN IDENTITY HEARING

An identity ~~A detention~~ hearing in this case is scheduled as follows:

| Place: US Courthouse Annex<br>215 S. Evans Street, Greenville, NC | Courtroom No.: 1st Floor Courtroom |
|---|---|
| | Date and Time: 2/14/22 11:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 02/09/2022

*Judge's signature*

HONORABLE KIMBERLY A. SWANK, USMJ
*Printed name and title*